1  Michele R. Stafford, Esq. (SBN 172509)
   Blake E. Williams, Esq. (SBN 233158)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  bwilliams@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  F. G. CROSTHWAITE, et al., as Trustees of      Case No.: C09-6065 CRB
    the OPERATING ENGINEERS' HEALTH
    AND WELFARE TRUST FUND, et al.,               **NOTICE OF VOLUNTARY DISMISSAL**
12
                Plaintiffs,
13
         v.
14
    BROOM EXPRESS, INC., a California
15  Corporation,

16              Defendant.

17

18      PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs

19  OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al., voluntarily

20  dismiss, without prejudice, their claim against Defendant BROOM EXPRESS, INC. a California

21  Corporation.  Defendant has neither served an answer nor moved for summary judgment, and

22  Plaintiffs have not previously filed or dismissed any similar action against Defendant.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

-1-
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C09-6065 CRB**
P:\CLIENTS\OE3CL\Broom Express\Pleadings\C09-6065 CRB Notice of Voluntary Dismissal 083010.DOC

1  It is therefore requested that this action be dismissed without prejudice, and that the Court
2  retain jurisdiction over this matter.

3  I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-
4  entitled action, and that the foregoing is true of my own knowledge.

5  Executed this 30th day of August, 2010, at San Francisco, California.

6                                              SALTZMAN & JOHNSON
                                                LAW CORPORATION
7

8                                        By:   /S/Blake E. Williams
9                                               Blake E. Williams
                                                Attorneys for Plaintiffs
10

11
IT IS SO ORDERED.
12
          This case is dismissed without prejudice and the Court shall retain jurisdiction over this
13 matter.

14

15 Date:  September 1, 2010                    _____
                                               UNITED STATES DISTRICT COURT JUDGE
16

*IT IS SO ORDERED — Judge Charles R. Breyer, United States District Court, Northern District of California*

-2-
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C09-6065 CRB**
P:\CLIENTS\OE3CL\Broom Express\Pleadings\C09-6065 CRB Notice of Voluntary Dismissal 083010.DOC

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 30, 2010, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by <u>FACSIMILE</u> transmission to the number shown below, and by <u>FIRST CLASS U.S. MAIL</u>, by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Michael Bounds**
**Broom Express, Inc.**
**4460 Frankline Lane**
**Oakley, California 94561**

**Fax: 925-679-3357**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 30th day of August, 2010, at San Francisco, California.

/S/Vanessa de Fabrega
Vanessa de Fabrega

-3-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C09-6065 CRB
P:\CLIENTS\OE3CL\Broom Express\Pleadings\C09-6065 CRB Notice of Voluntary Dismissal 083010.DOC